# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| OSAMA N. SALEH, SAHERA ABUKHAMIRA, and ABDUL NASER SALEH,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>KIRSTJEN NIELSON, L. FRANCIS CISSNA, KAY F. LEOPOLD, JEFFERSON BEAUREGARD SESSIONS, III, and UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | Case No. 18-CV-300-JPS<br><br>**ORDER** |

On October 15, 2018, Plaintiffs filed a notice of voluntary dismissal of this action without prejudice. (Docket #11). As Defendants have not answered or moved for summary judgment, the notice is proper and the Court will adopt the same. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiffs' notice of dismissal (Docket #11) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED without prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 18th day of October, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge